ROBERTA I. WALTERS et al., as Executors of THEODORE C. WALTERS, Deceased, Respondents-Appellants, v. GREAT AMERICAN INDEMNITY COMPANY, Appellant, and LAURENCE R. JENNINGS, Respondent.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR IN THE SEVENTH JUDICIAL DISTRICT.— Howard M. Woods, Esq., of Rochester, appointed a member of the committee.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CARL AUTH, Appellant.— Motion to prosecute appeal as a poor person, and for other relief, denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR J. DEWEY, Apellant.— Motion to dismiss appeal denied; and stay vacated; in the exercise of discretion, appellant permitted to withdraw affidavit sworn to July 29, 1960; motion granted to prosecute appeal on record prepared pursuant to subdivision 8 of section 485 of the Code of Criminal Procedure and five typewritten copies of appellant's brief, and Sanford J. Liebschutz, Esq., of Rochester assigned as counsel to conduct appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES L. MAULT, Appellant.—

Memorandum: While the court believes that the present counsel for the defendant would wholeheartedly and in good faith represent defendant on this appeal, because of his professional relationship with the family of the deceased, sound discretion dictates the granting of his motion to withdraw.

In the Matter of WILLIAM L. PAUL v. THE PEOPLE OF THE STATE OF NEW YORK et al.— Application for an order to show cause in this court denied. An original proceeding in this court is not the proper remedy.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER PHINNEY, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person and for other relief denied.

In the Matter of MARTIN SOSTRE, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, et al.— Motion, to reargue motion denied, May 18, 1961, denied.

(A) BARBARA W. CROSS et al., Respondents, v. NICHOLAS G. MEYERS, Appellant, et al., Defendant. (Two Actions.) (B) ANNAMARIE SWANSON, as Administratrix of the Estate of HAROLD S. SWANSON, Deceased, Respondent, v. EVANS OILS, INC., et al., Appellants.— [In each action] Appeal dismissed, without costs, upon stipulation.

(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT HENRY TIBBLES, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATSY PUPERA, Also Known as PEPI PUPERA, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LEO HESS, Appellant. (D) CITY OF UTICA, Respondent, v. THOMAS A. DAMIANO, Appellant.— [In each action] Motion granted and appeal dismissed.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH JOHN JONES (John Joseph Curran, Esq. for Edward F. Gerber, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING E. BLANCHARD, JR., v. WALTER H. WILKINS, as Warden of Attica Prison. (Gordon Gannon, Esq. for F. Steven Berg, Esq.) — [In each action] Order of substitution of attorney entered.